# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. | SACR 20-00073-JLS |
| Date | March 19, 2021 |

Present: The Honorable **JOSEPHINE L. STATON, U.S. DISTRICT COURT JUDGE**

Interpreter: None

| Melissa Kunig | Deborah Parker | Scott Tenley |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Luis Alfredo Mendoza-Mendez | X | X | | Andrea Jacobs (DFPD) | X | | X |

**PROCEEDINGS:    FINAL HEARING RE: REVOCATION OF SUPERVISED RELEASE**

USPPO Aaron Vereen also present.   Sentencing hearing held on Zoom. See separate Judgment Revoking Supervised Release and Commitment Order.

0 : 50

Initials of Deputy Clerk   mku

cc: USPPO