1

2

3

4

5

6

7

8
**UNITED STATES DISTRICT COURT**

9
**CENTRAL DISTRICT OF CALIFORNIA**

10
**SOUTHERN DIVISION**

11

| | |
|---|---|
| 12  UNITED STATES OF AMERICA, | CASE NO. SACR 20-00073-JLS |
| 13             Plaintiff, | |
| 14      v. | JUDGMENT REVOKING SUPERVISED RELEASE AND COMMITMENT ORDER |
| 15  LUIS ALFREDO MENDOZA-MENDEZ, | |
| 16             Defendant. | |
| 17 | |

18      On March 19, 2021, in the presence of the attorney for the Government, Scott Tenley,

19 the defendant appeared in person with appointed counsel, Andrea Jacobs.  The defendant

20 waived reading and advisement of his rights and admitted the violations alleged in Paragraphs

21 1 through 6 of the Petition on Probation and Supervised Release filed on June 22, 2020.

22      In light of the defendant's admissions, the Court finds that the defendant has violated the

23 conditions of his supervised release that were imposed on October 15, 2018 by the Honorable

24 Thomas J. Whelan sitting in the Southern District of California.

25      NOW, THEREFORE, IT IS ADJUDGED, upon the findings of the Court, the period of

26 supervised release is revoked and the defendant is hereby committed to the custody of the

27 Bureau of Prisons to be imprisoned for a for a term of **8 MONTHS.**

28

1

1     Upon release from imprisonment, the defendant shall be placed on supervised

2  release for a term of 28 months under the same terms and conditions as previously imposed in

3  the Southern District of California with the following additional conditions:

4

5       - Defendant shall comply with the rules and regulations of the United States
          Probation & Pretrial Services Office and Second Amended General Order 20-04;

6

7       - Defendant shall participate in an outpatient substance abuse treatment and
          counseling program that includes urinalysis, breath or sweat patch testing, as

8

9         directed by the Probation Officer. Defendant shall abstain from using alcohol

10        and illicit drugs, and from abusing prescription medications during the period of

11        supervision.

12

13      - During the course of supervision, the Probation Officer, with the agreement of
          defendant and defense counsel, may place defendant in a residential drug

14        treatment program approved by the United States Probation and Pretrial Services

15        Office for treatment of narcotic addiction or drug dependency, which may include

16        counseling and testing, to determine if defendant has reverted to the use of drugs,

17        and defendant shall reside in the treatment program until discharged by the

18        Program Director and Probation Officer;

19      - Upon release from custody, defendant shall reside at the Salvation Army and shall

20        not leave the program until successfully discharged by the Probation Officer and

21        the Program Director.

22

23      - Defendant shall participate in an anger management program as approved and
          directed by the Probation Officer.

24

25      - Defendant shall submit to a search, at any time, with or without warrant, and by

26        any law enforcement or Probation Officer, of defendant's person and any

27        property, house, residence, vehicle, papers, computer, other electronic

28        communication or data storage devices or media, and effects upon reasonable

                                          2

1  suspicion concerning a violation of a condition of supervision or unlawful conduct

2  by defendant, and by any Probation Officer in the lawful discharge of the officer's

3  supervision functions.

4

5  -   In the interest of defendant's children or children under his care, if he

   incurs additional drug testing violations, the U.S. Probation and Pretrial Services

6  shall advise the Court for the purpose of obtaining the Court's permission to

7  disclose information relating to defendant's drug use to the Department of

8  Children and Family Services.

9

10    Based on the parties' agreement, the allegations in Paragraphs 7 and 8 of the

11 Amended Petition on Probation and Supervised Release filed on March 17, 2021 are

12 dismissed.

13    Defendant advised of his right to appeal.

14    IT IS ORDERED that the Clerk deliver a copy of this Judgment Revoking Supervised

15 Release and Commitment Order to the U.S. Marshal and the U.S. Probation Office.

16

17

18 DATE: March 19, 2021                          _____

19                                               JOSEPHINE L. STATON

20                                               UNITED STATES DISTRICT JUDGE

21 FILED: March 19, 2021

22

23

24 KIRY K. GRAY, CLERK OF COURT

25 By: Melissa Kunig

26     Deputy Clerk

27

28

3